No. 226. SECURITIES & EXCHANGE COMMISSION *v.* CENTRAL-ILLINOIS SECURITIES CORP. ET AL.;
No. 227. STREETER ET AL. *v.* CENTRAL-ILLINOIS SECURITIES CORP. ET AL.;
No. 243. HOME INSURANCE CO. ET AL. *v.* CENTRAL-ILLINOIS SECURITIES CORP. ET AL.; and
No. 266. CENTRAL-ILLINOIS SECURITIES CORP. ET AL. *v.* SECURITIES & EXCHANGE COMMISSION ET AL. C. A. 3d Cir. Certiorari granted. *Solicitor General Perlman* and *Roger S. Foster* for the Securities & Exchange Commission, petitioner in No. 226 and respondent in No. 266. *Lawrence R. Condon* and *Milton Maurer* for Streeter et

al., petitioners in No. 227 and respondents in No. 266. *Francis H. Scheetz* for petitioners in No. 243. *Alfred Berman, Philip W. Amran* and *Abraham Shamos* for the Central-Illinois Securities Corp. et al., petitioners in No. 266 and respondents in Nos. 226, 227 and 243. *Louis Boehm* for White et al., respondents in Nos. 226, 227 and 243. *W. E. Tucker* and *Paul D. Miller* for the Engineers Public Service Co., respondent in Nos. 226 and 227. *Louis Boehm* filed a brief for White et al., as *amici curiae*, supporting petitioners in No. 266. Reported below: 168 F. 2d 722.